AO 91 (Rev. 11/11) Criminal Complaint

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 3 0 2026

DANIEL J. McCOY, CLERK
BY:_____

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ALEX TAYLOR FONTENOT | ) | 2:26-mj-00026 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 25, 2026__ in the county of __Calcasieu__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitted Threatening Communications to Injure Persons |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Hamilton Hicks- FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan 30, 2026

_____
Judge's signature

City and state: Lake Charles, LA

James D. Cain, United States District Judge
*Printed name and title*