RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB - 4 2026

DANIEL J. McCOY, CLERK
BY:_____
        s/a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA

v.

ALEX TAYLOR FONTENOT,

    Defendant

_____/

18 U.S.C. § 875(c)

2:26-cr-00044-01
Judge Cain
Magistrate Judge Leblanc

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### Threats in Interstate Commerce
### [18 U.S.C. § 875(c)]

On or about January 25, 2026, in the Western District of Louisiana, the defendant,

### ALEX TAYLOR FONTENOT,

did knowingly and willfully transmit in interstate and foreign commerce any communication containing a threat to injure the person of another, that is, Immigrations and Customs Enforcement agents, in that the defendant posted a video to social media that stated, among other things, that "[i]f you step foot onto my house, you're leaving in a body bag," with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

*REDACTED*

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

Jo aaron Crawford for

JOHN W. NICKEL
ASSISTANT UNITED STATES ATTORNEY

1